SAMUEL WHITE, Respondent, v. ARTHUR P. WHITE and Another, Appellants.—

Motion for leave to appeal to the Court of Appeals denied.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.